■ In the Matter of the Estate of Magda Markowicz, Deceased. Rita Hyman, Appellant, v Sal Markowicz, Respondent. [39 NYS3d 376]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Nelida Malave-Gonzalez, J.), entered on or about April 1, 2016, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated September 23, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Friedman, J.P., Andrias, Saxe, Feinman and Kahn, JJ.